| | |
|---|---|
| **BLACK** | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** | |
| | Hon. Jose L. Linares |
| -vs- | Civil Action No. 08-0691 (JLL) (CCC) |
| **MARUKA U.S.A., INC. et al** | |
| | ORDER ON ORAL MOTION |
| | SCHEDULING CONFERENCE |
| **Defendant(s)** | |

The above entitled case has been assigned to me for case management.

**THIS MATTER** having been brought before the Court for a scheduling conference on February 4, 2010; and for good cause shown:

**IT IS on this 4th day of March, 2010**

**ORDERED THAT** there shall be a telephone status/settlement conference before the Undersigned on **April 21, 2010 at 11:30 a.m.** Plaintiff shall initiate the telephone call. By **April 16, 2010**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File